**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| KEVIN WHITE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.:2:21-cv-00113-RAJ-RJK |
| ) | |
| ) | Removed from the Circuit Court of |
| GULF HARBOUR INVESTMENTS CORP., et. al. ) | City of Virginia Beach, Virginia |
| ) | Case No. CL21000783-00 |
| ) | |
| Defendants. ) | |
| _____) | |

**GULF HARBOUR INVESTMENTS CORPORATION'S
<u>FINANCIAL DISCLOSURE STATEMENT</u>**

Pursuant to Fed. R. Civ. P. 7.1 and Local Civ. R. 7.1, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Gulf Harbour Investments Corporation certifies as follows:

No publicly owned corporation holds 10% or more of an ownership interest in Gulf Harbour Investments Corporation.

Respectfully submitted this 15th Day of March, 2021

   /s/ David L. Ward
David L. Ward, VSB No. 87263
BWW Law Group, LLC
8100 Three Chopt Rd., Suite 240
Richmond, VA 23229
(804) 521-6140
(804) 521-6171- FAX
david.ward@bww-law.com
*Counsel for Defendants, Gulf Harbour Investments Corporation; Specialized Loan Servicing, LLC, Equity Trustees, LLC, and BWW Law Group, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of March, 2021, I electronically filed the foregoing Financial Disclosure Statement with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Lenard Myers, II
Fortress Proprietas, P.C.
1876 Wells Fargo Center
440 Monticello Avenue
Norfolk, VA 23510
*Counsel for Plaintiff*

I hereby certify that on the 15th day of March, 2021, I sent a copy of the foregoing by first class mail to:

Wells Fargo Bank, N.A.
Corporation Service Company
100 Shockoe Slip, Fl. 2
Richmond, VA 23219

    /s/ David L. Ward
David L. Ward, VSB No. 87263
BWW Law Group, LLC
8100 Three Chopt Rd., Suite 240
Richmond, VA 23229
(804) 521-6121
(804) 521-6171 - FAX
david.ward@bww-law.com
*Counsel for Defendants, Gulf Harbour Investments Corporation; Specialized Loan Servicing, LLC, Equity Trustees, LLC, and BWW Law Group, LLC*