## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

KEVIN WHITE,

        Plaintiff.

v.                                         Case no. 2:21-cv-00113-RAJ-RJK

GULF HARBOUR INVESTMENTS,        Removed from the Circuit Court
CORPORATION., *et al.*,                of Virginia Beach, Virginia

                                     Case No. CL21000783-00

                  Defendants.

## NOTICE OF APPEARANCE OF ALISON WICKIZER TOEPP

To the Clerk of this Court and all the parties of record:

Please note the appearance of Alison Wickizer Toepp as counsel in the above-styled case

for Defendant, Wells Fargo Bank, N.A.  I certify that I am admitted to practice in this Court.

Dated:  April 15, 2021                Respectfully submitted,

                                       WELLS FARGO BANK, N.A.

                                       */s/ Alison Wickizer  Toepp*
                                       Alison Wickizer Toepp (VSB No. 75564)
                                       Paul A. Gibson, III (VSB No. 82136)
                                       REED SMITH, LLP
                                       Riverfront Plaza – West Tower
                                       901 E. Byrd Street, Ste. 1900
                                       Richmond, VA 23219
                                       T: (804) 344-3400
                                       F: (804) 344-3410
                                       atoepp@reedsmith.com
                                       pgibson@reedsmith.com

                                       *Counsel for Defendant Wells Fargo Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of April, 2021, I have electronically filed the

foregoing using the CM/ECF system, which will automatically send e-mail notification of such

filing to all counsel of record, including the following:

Lenard Myers, II
FORTRESS PROPRIETAS, P.C.
1876 Wells Fargo Center
440 Monticello Avenue
Norfolk, VA 23510
lmyers@fortprolaw.com

*Counsel for Plaintiff Kevin White*

David L. Ward
BWW Law Group, LLC
8100 Three Chopt Rd., Suite 240
Richmond, VA 23229
David.ward@bww-law.com

*Counsel for Defendants*
*Gulf Harbour Investments Corporation,*
*Specialized Loan Servicing, LLC,*
*Equity Trustees, LLC,*
*and BWW Law Group, LLC*

*/s/ Alison Wickizer Toepp*
Alison Wickizer Toepp (VSB No. 75564)
Paul A. Gibson, III (VSB No. 82136)
REED SMITH, LLP
Riverfront Plaza – West Tower
901 E. Byrd Street, Ste. 1900
Richmond, VA 23219
T: (804) 344-3400
F: (804) 344-3410
atoepp@reedsmith.com
pgibson@reedsmith.com

*Counsel for Defendant Wells Fargo Bank, N.A.*