## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

KEVIN WHITE,

        Plaintiff.

v.                                                                  Case no. 2:21-cv-00113-RAJ-RJK

GULF HARBOUR INVESTMENTS,                          Removed from the Circuit Court
CORPORATION., *et al.*,                                    of Virginia Beach, Virginia
                                                            Case No. CL21000783-00

        Defendants.

### NOTICE OF APPEARANCE OF ALISON WICKIZER TOEPP

To the Clerk of this Court and all the parties of record:

Please note the appearance of Alison Wickizer Toepp as counsel in the above-styled case

for Defendant, Wells Fargo Bank, N.A.  I certify that I am admitted to practice in this Court.

Dated:  April 16, 2021                          Respectfully submitted,

                                                WELLS FARGO BANK, N.A.

                                                */s/ Alison Wickizer  Toepp*
                                                Alison Wickizer Toepp (VSB No. 75564)
                                                Paul A. Gibson, III (VSB No. 82136)
                                                REED SMITH, LLP
                                                Riverfront Plaza – West Tower
                                                901 E. Byrd Street, Ste. 1900
                                                Richmond, VA 23219
                                                T: (804) 344-3400
                                                F: (804) 344-3410
                                                atoepp@reedsmith.com
                                                pgibson@reedsmith.com

                                                *Counsel for Defendant Wells Fargo Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of April, 2021, I have electronically filed the

foregoing using the CM/ECF system, which will automatically send e-mail notification of such

filing to all counsel of record, including the following:

Lenard Myers, II
FORTRESS PROPRIETAS, P.C.
1876 Wells Fargo Center
440 Monticello Avenue
Norfolk, VA 23510
lmyers@fortprolaw.com

*Counsel for Plaintiff Kevin White*

David L. Ward
BWW Law Group, LLC
8100 Three Chopt Rd., Suite 240
Richmond, VA 23229
David.ward@bww-law.com

*Counsel for Defendants*
*Gulf Harbour Investments Corporation,*
*Specialized Loan Servicing, LLC,*
*Equity Trustees, LLC,*
*and BWW Law Group, LLC*

/s/ Alison Wickizer Toepp
Alison Wickizer Toepp (VSB No. 75564)
Paul A. Gibson, III (VSB No. 82136)
REED SMITH, LLP
Riverfront Plaza – West Tower
901 E. Byrd Street, Ste. 1900
Richmond, VA 23219
T: (804) 344-3400
F: (804) 344-3410
atoepp@reedsmith.com
pgibson@reedsmith.com

*Counsel for Defendant Wells Fargo Bank, N.A.*