IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

**KEVIN WHITE**

  *Plaintiff*

  v.                                               Case No.: 2:21-cv-00113-RCY-RJK

**GULF HARBOUR INVESTMENTS CORP. &**   Removed from the Circuit Court
**SPECIALIZED LOAN SERVICING, LLC**    of the City of Virginia Beach, VA
                                       Case No. CL21-783-00

  *Defendants.*

## NOTICE OF SETTLEMENT

Plaintiff, Kevin White, Defendant, Gulf Harbour Investments Corp., and Defendant, Specialized Loan Services, LLC hereby submit the foregoing Notice of Settlement.

The parties represent that they have resolved this case in principle and that they are in the process of memorializing the terms of their settlement. The parties expect to finalize and execute that agreement within the next thirty (30) days, at which time, they will file a stipulation of dismissal with the Court.

October 8, 2021                Very Respectfully,

                               KEVIN WHITE

                               By Counsel

                               /s/ Lenard Myers, II
                               Lenard Myers, II (VSB 79858)
                               FORTRESS PROPRIETAS, P.C.
                               440 Monticello Avenue, Suite 1876
                               Norfolk, VA 23510-2571
                               P: 757.828.6685
                               F: 757.282.7777
                               lmyers@fortprolaw.com
                               *Attorney for Plaintiff Kevin White*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which should send notification of such filing (NEF) to the following:

>David L. Ward, Esq.
>BWW LAW GROUP, LLC
>8100 Three Chopt Road, Suite 240
>Richmond, Virginia 23229
>P: (804) 521-6140
>F: (804) 521-6186
>david.ward@bww-law.com
>
>*Attorney for Defendants*
>*Gulf Harbour Investments Corporation*
>*& Specialized Loan Servicing, LLC*

/s/ Lenard Myers, II
Lenard Myers, II (VSB No. 79858)
FORTRESS PROPRIETAS, P.C.
1876 Wells Fargo Center
440 Monticello Avenue
Norfolk, VA 23510-2571
P: 757.828.6685
F: 757.282.7777
lmyers@fortprolaw.com
